IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAREFIRST, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| THE HON. STEPHEN C. TAYLOR, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER, DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING, *et al.*, | * * * | Case No. 16 – 2656 - CB |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF WITHDRAWAL OF APPEARANCE OF RALPH S. TYLER

Ralph S. Tyler, a counsel for plaintiffs CareFirst, Inc.*, et al.*, hereby requests the withdrawal of his appearance as counsel for plaintiffs. Plaintiffs will continue to be represented by other counsel of record from the law firm of Venable LLP. In accordance with Local Rule 101(2)(b)(1), Mr. Tyler respectfully requests that this Notice of Withdrawal of Appearance be approved.

Respectfully submitted,

/s/
Ralph S. Tyler (Fed. Bar No. 01747)
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
(410) 244-7400
rtyler@venable.com

## **CERTIFICATE OF SERVICE**

Service of the above notice of withdrawal of appearance has been made this 8th day of March 2018 on all counsel of record pursuant to the Court's ECF filing system.

/s/
Christopher S. Gunderson
